IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY COUCH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-58-RAH-SMD |
| | ) |
| KEVIN DAVIS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On May 19, 2025, the Magistrate Judge ordered Plaintiff to file an amended complaint on or by June 2, 2025, that complies with the Federal Rules of Civil Procedure and pertinent pleading standards. (*See* doc. 6.)  Plaintiff failed to file an amended complaint as ordered, or any responsive pleading.  Therefore, on June 26, 2025, the Magistrate Judge recommended that this case be dismissed without prejudice because Plaintiff failed to file an amended complaint as ordered, let alone one that complies with the federal pleading standards.  (*See* doc. 7.)

After an independent review of the file, for good cause, and there being no objection, it is ORDERED as follows:

(1) The Recommendation (doc. 7) is ADOPTED; and,

(2) This case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 11th day of July 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE